**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Amauris G. Almonte                              :
           Jana I. Almonte                                 :     NO. 17-16256
                              Debtors.                     :     CHAPTER 13

**ADDENDUM TO CHAPTER 13 PLAN DATED MAY 2, 2018**

Debtor's Amended Plan dated May 2, 2018, is here by amended, as follows:

Part 5: Unsecured Claims
§5(b) (2) Funding: §5(b) claims to be paid as follows (check one box):

[ ] Pro rata
[x] 100%
[ ] Other (describe)


Dated: 6/1/18                         /s/ Amauris G. Almonte
                                      Signature of Debtor

                                      /s/ Jana I. Almonte
                                      Signature of Debtor

/s/Everett Cook
Signature of Attorney