**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **AMAURIS G. ALMONTE** | **CHAPTER 13** |
| A/K/A AMAURIS ALMONTE | |
| A/K/A AMAURIS ALMONTE, SR : | **BK. No. 17-16256 REF** |
| A/K/A AMAURIS GERMAN ALMONTE : | |
| **JANA I. ALMONTE** : | |
| A/K/A JANA ALMONTE : | |
| A/K/A JANA IRENE AMONTE | |
| A/K/A JANA IRENE DOMINICI | |
| Debtors | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

   **AND NOW**, Motion of **OCWEN LOAN SERVICING, LLC** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **833 JACKSON STREET, ALLENTOWN, PA 18109** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

By the Court:

**Date: July 12, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

AMAURIS G. ALMONTE
1735 HANOVER AVENUE
ALLENTOWN, PA 18109-2380

JOHN EVERETT. COOK, ESQUIRE
2309 MACARTHUR ROAD
WHITEHALL, PA 18052

JANA I. ALMONTE
1735 HANOVER AVENUE
ALLENTOWN, PA 18109-2380

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107