United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amauris G. Almonte  
Jana I. Almonte  
    Debtors

Case No. 17-16256-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Jul 12, 2018  
                         Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
db/jdb         Amauris G. Almonte,    Jana I. Almonte,    1735 Hanover Ave,    Allentown, PA  18109-2380
cr            +Allentown School District,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr             ECMC,    P.O. BOX   16408,    ST. PAUL, MN   55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 02:00:57     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```
                                                                                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES A. PROSTKO    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor   Ocwen Loan Servicing, LLC jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Amauris G. Almonte bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Jana I. Almonte bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                                    TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| AMAURIS G. ALMONTE | CHAPTER 13 |
| A/K/A AMAURIS ALMONTE | |
| A/K/A AMAURIS ALMONTE, SR : | BK. No. 17-16256 REF |
| A/K/A AMAURIS GERMAN ALMONTE : | |
| JANA I. ALMONTE : | |
| A/K/A JANA ALMONTE : | |
| A/K/A JANA IRENE AMONTE | |
| A/K/A JANA IRENE DOMINICI | |
| Debtors | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

   **AND NOW**, Motion of **OCWEN LOAN SERVICING, LLC** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **833 JACKSON STREET, ALLENTOWN, PA 18109** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

By the Court:

**Date: July 12, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

AMAURIS G. ALMONTE
1735 HANOVER AVENUE
ALLENTOWN, PA 18109-2380

JOHN EVERETT. COOK, ESQUIRE
2309 MACARTHUR ROAD
WHITEHALL, PA 18052

JANA I. ALMONTE
1735 HANOVER AVENUE
ALLENTOWN, PA 18109-2380

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107