United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Amauris G. Almonte
Jana I. Almonte
    Debtors

Case No. 17-16256-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 26, 2018
                       Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
14033080        +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
       JAMES A. PROSTKO    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
       JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
       JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
       JODI L. HAUSE    on behalf of Creditor    Ocwen Loan Servicing, LLC jodi.hause@phelanhallinan.com, paeb@fedphe.com
       JOHN EVERETT COOK    on behalf of Joint Debtor Jana I. Almonte bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
       JOHN EVERETT COOK    on behalf of Debtor Amauris G. Almonte bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
       KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
       MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
       ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                    TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16256-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Amauris G. Almonte
1735 Hanover Ave
Allentown PA 18109-2380

Jana I. Almonte
1735 Hanover Ave
Allentown PA 18109-2380

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2018.

Name and Address of Alleged Transferor(s):

Claim No. 17: Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Wilmington Savings Fund Society,FSB
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/18

Tim McGrath
**CLERK OF THE COURT**