# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In Re: | Case No. 17-16256 |
| AMAURIS ALMONTE, | Chapter 13 |
| Debtor(s). | |

## PRAECIPE TO WITHDRAW TRANSFER OF CLAIM

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 60), filed on July 25, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

| | |
|---|---|
| DATED: October 11, 2018 | /s/ Lisa Cancanon |
| | Lisa Cancanon |
| | Weinstein & Riley, P.S. |
| | Attorney for Creditor |
| | 11101 West 120th Avenue #280 |
| | Broomfield, CO 80021 |
| | Bar ID: 323550 |
| | Phone: (303) 539 8600 |
| | Fax: (206) 269-3493 |
| | Email: lisac@w-legal.com |

47740267

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 10, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

Debtor(s) via First-Class Mail
Amauris Almonte
Jana I. Almonte
1735 Hanover Ave
Allentown, PA 18109

Debtor(s) Counsel via First-Class Mail
JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Trustee via First-Class Mail
WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

U.S. Trustee via First-Class Mail
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon

47740267