UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
        AMAURIS G. ALMONTE          : Bankruptcy No.  17-16256REF
            and                     :
        JANA I. ALMONTE             :
                                    :
        Debtor(s)                   : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

*for 18 months*

Dismissed with Prejudice and debtors are barred from filing another bankruptcy petition,

either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

12/20/18

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

John Everett Cook, Esq.
2309 Macarthur Road
Whitehall, PA 18052

Amauris G. and Jana I. Almonte
1735 Hanover Avenue
Allentown, PA  18109-2380

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107