United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16256-ref
Amauris G. Almonte                                              Chapter 13
Jana I. Almonte
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa                Page 1 of 3              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900           Total Noticed: 82
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
```
db/jdb         Amauris G. Almonte,    Jana I. Almonte,    1735 Hanover Ave,    Allentown, PA 18109-2380
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Wilmington Savings Fund Society,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, CO 80129-2386
14014169      +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14055627      +Apex Asset Management, LLC,    Northeastern Anesthesia Physicians,    P O Box 5407,
               Lancaster, PA 17606-5407
13983183       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13983184       Chase Card Services,    Attn: Correspondence,    PO Box 15278,    Wilmington, DE 19850-5278
13983185       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
               Louis, MO 63129
13983186       City of Allentown,    435 Hamilton St,    Allentown, PA 18101-1603
14220041      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
               Allentown PA 18101-1603
13983187      +City of Scranton,    340 N Washington Ave,    Scranton, PA 18503-1582
14037607       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
13983198       Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
14121259       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13983200       Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13983201       Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13983202       First Data,    265 Broadhollow Rd # R,    Melville, NY 11747-4833
13983203       First Data,    5565 Glenridge Connector NE Ste 2000,    Atlanta, GA 30342-1651
14043945      +Lehigh County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
               1170 Highway 315, Suite 5,    Plains, PA 18702-6906
14002409     #+Navient Solutions, LLC. on behalf of,    Massachusetts Higher Education Assistanc,
               d/b/a American Student Assistance,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2567
14002417       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14060255       Ocwen Loan Servicing, LLC,    Attention: Bankruptcy Department,    P.O. Box 24605,
               West Palm Beach, FL 33416-4605
14029488      +Ocwen Loan Servicing, LLC,    c/o Jerome Blank, Esq,    1617 JFK Boulevard, Ste 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103-1823
13983211      #Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
13983212      #Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13983213       PennCredit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
13983215       Portnoff Law Associates,    2700 Horizon Dr # 100,    King of Prussia, PA 19406-2726
13983216      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13993960      +Santander Consumer USA, Inc.,    P.O. Box 961245,    Ft. Worth, TX 76161-0244
13983217      #Scranton Sewer Authority,    312 Adams Ave,    Scranton, PA 18503-1604
13983218       Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14030729      +Specialized Loan Servicing LLC,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
13983219       Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
               Littleton, CO 80163-6005
13983222       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
13983223     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
14125176       United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13983224       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
               Mason, OH 45040-8053
14170703      +Wilmington Savings Fund Society,FSB,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14033080      +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:29     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13983178       E-mail/Text: bnc@trustamerifirst.com Dec 21 2018 02:46:58     Amerifirst Hm Iprvt Fi,
               11171 Mill Valley Rd,    Omaha, NE 68154-3933
13983179       E-mail/Text: bnc@trustamerifirst.com Dec 21 2018 02:46:58
               Amerifirst Home Improvement Finance,    11171 Mill Valley Rd,    Omaha, NE 68154-3933
13983180       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:44:42     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238-1119
13983181       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:44:43     Capital One,
               Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 3                  Date Rcvd: Dec 20, 2018
                              Form ID: pdf900            Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13983182       E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37      Cardworks/CW Nexus,   Attn: Bankruptcy,
               PO Box 9201,   Old Bethpage, NY 11804-9001
13983189       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:55      Comenity Bank/Express,
               Attn: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
13983188       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:56      Comenity Bank/Express,
               PO Box 182789,   Columbus, OH 43218-2789
13983190       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:56      Comenity Bank/Nwyrk&Co,
               220 W Schrock Rd,   Westerville, OH 43081-2873
13983191       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:56
               Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
13983192       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:56      Comenitybank/New York,
               AttN: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
13983193       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 02:46:56      Comenitybk/victoriasec,
               PO Box 182789,   Columbus, OH 43218-2789
13983194       E-mail/PDF: pa_dc_ed@navient.com Dec 21 2018 02:44:47      Dept of Ed/Navient,
               Attn: Claims Dept,   PO Box 9635,   Wilkes Barre, PA 18773-9635
13983195       E-mail/PDF: pa_dc_ed@navient.com Dec 21 2018 02:44:48      Dept of Ed/Navient,   PO Box 9635,
               Wilkes Barre, PA 18773-9635
13989174       E-mail/Text: mrdiscen@discover.com Dec 21 2018 02:46:41      Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
13983196       E-mail/Text: mrdiscen@discover.com Dec 21 2018 02:46:41      Discover Fin Svcs LLC,
               PO Box 15316,   Wilmington, DE 19850-5316
13983197       E-mail/Text: mrdiscen@discover.com Dec 21 2018 02:46:41      Discover Financial,   PO Box 3025,
               New Albany, OH 43054-3025
13983199       E-mail/Text: bknotice@ercbpo.com Dec 21 2018 02:47:20      Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14061013       E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37      MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13983204       E-mail/Text: M74banko@daimler.com Dec 21 2018 02:47:50      Mb Fin Svcs,   36455 Corporate Dr,
               Farmington Hills, MI 48331-3552
13983205       E-mail/Text: M74banko@daimler.com Dec 21 2018 02:47:50      Mercedes-Benz Financial,
               PO Box 685,   Roanoke, TX 76262-0685
13983206       E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37      Merrick Bank Corp,   PO Box 9201,
               Old Bethpage, NY 11804-9001
13983207       E-mail/PDF: pa_dc_claims@navient.com Dec 21 2018 02:44:17      Navient,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
13983208       E-mail/PDF: pa_dc_claims@navient.com Dec 21 2018 02:44:46      Navient,   Attn: Bankruptcy,
               PO Box 9500,   Wilkes Barre, PA 18773-9500
14026831       E-mail/PDF: pa_dc_claims@navient.com Dec 21 2018 02:44:17
               Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
13983209      +Fax: 407-737-5634 Dec 21 2018 03:05:55      Ocwen Loan Servicing L,   1661 Worthington Rd,
               West Palm Beach, FL 33409-6493
13983210       Fax: 407-737-5634 Dec 21 2018 03:05:55      Ocwen Loan Servicing, LLC,
               Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
13994256       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 03:06:13
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13983502      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 02:43:48
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14015941      +E-mail/Text: csc.bankruptcy@amwater.com Dec 21 2018 02:47:48      Pennsylvania American Water,
               P O Box 578,   Alton, IL 62002-0578
14013238       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:11
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13983214       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 03:06:13
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14056631       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 02:46:59
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13983220       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:44:41      Syncb/Amer Eagle DC,
               PO Box 965005,   Orlando, FL 32896-5005
13983908      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:44:12      Synchrony Bank,   PO Box 41021,
               Norfolk, VA 23541-1021
14062490      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:43:44      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
13983221       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:44:12      Synchrony Bank/American Eagle,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
14038430      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2018 02:47:17      United States Trustee,
               833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14031763      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2018 02:55:40      Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-4          User: Lisa              Page 3 of 3                  Date Rcvd: Dec 20, 2018
                              Form ID: pdf900         Total Noticed: 82

smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +Allentown School District,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*             ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:

```
              JAMES A. PROSTKO    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Ocwen Loan Servicing, LLC jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Jana I. Almonte bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Amauris G. Almonte bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust LisaC@w-legal.com
              MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
        AMAURIS G. ALMONTE                          : Bankruptcy No. 17-16256REF
                and                                 :
        JANA I. ALMONTE                             :
                                                    :
            Debtor(s)                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtors are barred *for 18 months* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

12/20/18    [signature]
_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

John Everett Cook, Esq.
2309 Macarthur Road
Whitehall, PA 18052

Amauris G. and Jana I. Almonte
1735 Hanover Avenue
Allentown, PA 18109-2380

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107